IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NITTO DENKO CORPORATION,<br><br>                Plaintiff,<br><br>       v.<br><br>HUTCHINSON TECHNOLOGY INCORPORATED,<br><br>                Defendant. | Civil Action No. 18–cv–01669-SRN-LIB |

**DEFENDANT HUTCHINSON TECHNOLOGY INC.'S STATEMENT OF THE CASE**

Pursuant to the Court's October 4, 2018 Pretrial Notice and Order (Dkt. 155), Defendant Hutchinson Technology Inc. ("HTI") submits this Statement of the Case.

**I.    Facts of the Case**

Plaintiff Nitto Denko Corporation ("Nitto") and HTI are competitors in the world-wide market for flexures. Flexures are small flexible printed circuit boards used in hard disk drives.

Nitto sued HTI in New Jersey District Court in June 2016 alleging infringement of six patents related to flexures and/or methods of manufacture. In September 2016, Nitto also filed a motion for a preliminary injunction on five of the asserted patents, seeking to enjoin HTI from manufacturing or selling flexures worldwide. Nitto's motion was removed from the New Jersey court's docket and has never been refiled. In June 2018, Nitto consented to transfer this case from New Jersey to this district.

1

## II. Listing of Particularized Facts

In response to Nitto Japan's infringement allegations, HTI asserts numerous defenses and counterclaims. *See* Dkt. 152. These defenses and counterclaims will establish, among other things that: (i) Nitto's claims are entirely without merit, (ii) the Nitto patents are invalid, (iii) HTI does not infringe any claim of the Nitto patents, and (iv) HTI is entitled to damages from Nitto Japan.

In September 2016, Nitto and its Thai subsidiary commenced a parallel action against HTI's Thai subsidiary in the Thailand Central Intellectual Property and Trade Court based on three Thai patents were counterparts of three of the six patents asserted in this action. Following a trial on the merits, in July 2018, the Thai Court ruled that all three of Nitto's Thai patents are invalid in view of prior art. Despite the Thai court's decision, Nitto continues to assert the U.S. counterpart patents in this action.

## III. Itemization and Explanation of any Claimed Damages

Because Nitto's infringement allegations are exceptionally meritless, this Court should find this case exceptional and order Nitto to, at the very least, pay HTI's attorneys' fees pursuant to 35 U.S.C. § 285.

Dated: October 18, 2018                      Respectfully submitted,


                                             _/s/ Cyrus A. Morton_____
                                             Cyrus A. Morton  (# 0287325)
                                             Anthony F. Schlehuber  (# 0397673)
                                             ROBINS KAPLAN LLP
                                             800 LaSalle Avenue, Suite 2800
                                             Minneapolis, MN  55402
                                             Tel:  612-349-8500
                                             cmorton@robinskaplan.com
                                             aschlehuber@robinskaplan.com

                                             Matthew A. Werber *(pro hac vice)*
                                             Angelo J. Christopher (*pro hac vice*)
                                             NIXON PEABODY LLP
                                             70 West Madison, Suite 3500
                                             Chicago, IL  60602-4224
                                             Tel: 312-977-4400
                                             mwerber@nixonpeabody.com
                                             achristopher@nixonpeabody.com

                                             Ronald F. Lopez (*pro hac vice*)
                                             NIXON PEABODY LLP
                                             One Embarcadero Center, 18th Floor
                                             San Francisco, CA  94111-3600
                                             Tel: 415-984-8200
                                             rlopez@nixonpeabody.com

                                             Abigail T. Reardon (*pro hac vice*)
                                             NIXON PEABODY LLP
                                             55 West 46 Street
                                             New York, NY 10036-4120
                                             Tel:  212-940-3000
                                             areardon@nixonpeabody.com

                                             *Attorneys for Hutchinson Technology, Inc.*